AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Maersk, Inc., as agents for A.P. Moller-Maersk A/S ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 15 CV 02511 |
| Capital Exports, Inc. and Said Mansour ) | |
| *Defendant* ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___July 21, 2015___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: August 28, 2015

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

6-638796

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DATE FILED: 7-21-15

------------------------------------------------------------X

MAERSK INC., as agents for
A.P. MOLLER-MAERSK A/S

                  15 CV 02511(CROTTY)

              Plaintiff,                DEFAULT JUDGMENT

    - against -

CAPITAL EXPORTS, INC., AND
SAID MASROUR

              Defendants.

------------------------------------------------------------X

This action having been commenced by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant CAPIRAL EXPORTS, INC. on June 9, 2015 by personal service on the Sectretary of State, and on defendant SAID MASROUR on May 20, 2015 by substitute service on Eva Divsova, a co-resident and a person of suitable age and discretion, by mailing to defendant SAID MASROUR on May 21, 2015 and proofs of service having been filed, and the defendants not having answered the Complaint, and the time for answering the Complaint having expired,

Now on motion of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff, it is

ORDERED, ADJUDGED AND DECREED that the plaintiff MAERSK, INC., as agents for A.P. MOLLER-MAERSK A/S have judgment against defendants CAPITAL EXPORTS, INC. and SAID MASROUR, jointly and severally, in the liquidated amount of $23,762.00 plus the costs and disbursements of this action in the amount of $400.00, amounting in all to $24,162.00.

Dated: New York, New York
       July 21 , 2015

_____
U.S.D.J.
Paul A. Crotty

CERTIFIED AS A TRUE COPY ON

THIS DATE 8/28/15

BY ___K/mango___
( ) Clerk
(✓) Deputy